UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:07−cr−00837
                                            Honorable Elaine E. Bucklo

Christopher G. Kelly

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

      MINUTE entry before Judge Elaine E. Bucklo :As to Christopher G. Kelly, pursuant to government's unopposed request, rule 16.1 (a) conference is extended to 1/11/08. Any pretrial motions will be due by 1/25/08; and response by 2/1/08. Status set for 1/18/08 stands. No notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.