## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 837 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Christopher Kelly | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to indictment filed on 12/13/07. Defendant informed of rights. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond. Enter order setting conditions of release. Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 (a) conference to be held by 12/28/07. Pretrial motions are to be filed by 1/11/08. Response to pretrial motions are to be filed by 1/25/08. A status hearing is set before Judge Bucklo on 1/18/08 at 10:00 a.m. Time is excluded from 12/21/07 to 1/18/08 pursuant to 18 U.S.C. §3161 (h)(1)(F), (X-E).

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|