UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 837 |
| | ) | Hon. Elaine Bucklo |
| CHRISTOPHER G. KELLY, | ) | Mag. Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**DEFENDANT S MOTION FOR EARLY RETURN OF SUBPOENAS**

NOW COMES the defendant, CHRISTOPHER G. KELLY, by and through his attorneys, MONICO PAVICH, & SPEVACK and pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the United States Constitution, and respectfully requests that this Court enter an order permitting the early return of trial subpoenas.

Respectfully Submitted,
CHRISTOPHER G. KELLY


By:　/s/ Barry Spevack
　　　One of his Attorneys

Michael D. Monico
Barry Spevack
Theodore R. Eppel
MONICO, PAVICH & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
(312) 782-8500