UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) No. 07 CR 837 |
| | ) Honorable Elaine Bucklo |
| CHRISTOPHER G. KELLY, | ) Mag. Judge Schenkier |
| | ) |
| Defendant. | ) |

**MOTION FOR ADDITIONAL TIME
TO FILE ADDITIONAL MOTIONS**

NOW COMES the Defendant, CHRISTOPHER G. KELLY, by and through his attorneys, MONICO, PAVICH & SPEVACK, and respectfully requests time to file any additional pre-trial motions.

IN SUPPORT of this motion Defendant states that his Pre-Trial Motions are due March 20, 2008.  Defendant plans to file several motions.  However, at this time the Defendant has not received very much discovery from the Government and therefore may learn that there are other motions to be filed once additional information becomes available.

WHEREFORE, Defendant respectfully requests an additional time to file pretrial motions.

Respectfully submitted,
CHRISTOPHER G. KELLY


By: _/s/ Barry A. Spevack_____
One of his attorneys