## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -v- | ) No. 07 CR 837 |
| | ) Hon. Elaine Bucklo |
| CHRISTOPHER G. KELLY, | )  Mag. Judge Schenkier |
| Defendant. | ) |

### NOTICE OF FILING

To:   Reid J. Schar, Esq.
      ASSISTANT UNITED STATES ATTORNEY
      219 South Dearborn Street
      5th Floor
      Chicago, Illinois 60603

PLEASE TAKE NOTICE that on March 20, 2008, we filed through the Court s ECF filing system the Defendant s Motion to Dismiss Count One of the Indictment, Motion for Exculpatory Evidence, Motion for Early Return of Subpoenas, Motion to Preserve and Produce Agent s Notes, Motion for Expert Disclosure, Motion to Disclose Rule 404(b) Evidence, and Motion for Additional Time to File Motions, copies of which are hereby served upon you.

### CERTIFICATE OF SERVICE

Barry A. Spevack, an attorney, states that on March 30, 2008, he caused a copies of the Defendant s Motion to Dismiss Count One of the Indictment, Motion for Exculpatory Evidence, Motion for Early Return of Subpoenas, Motion to Preserve and Produce Agent s Notes, Motion for Expert Disclosure, Motion to Disclose Rule 404(b) Evidence, and Motion for Additional Time to File Motions to be served on the above party by delivery through the Court s ECF system.

/s/ Barry A. Spevack
Barry A. Spevack

MONICO, PAVICH & SPEVACK
20 South Clark Street, Suite 700
Chicago, Illinois 60603
312-782-8500