UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.     07 CR 837 |
| v.       ) | |
| ) | Judge Elaine E. Bucklo |
| CHRISTOPHER KELLY       ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By:  s/ Christopher Niewoehner
             Christopher Niewoehner
             Assistant United States Attorney
             219 South Dearborn Street
             Chicago, Illinois 60604
             (312) 353-3500

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY APPEARANCE**

was served pursuant to the district court's ECF system as to ECF filers on March 26, 2008.


                s/Christopher Niewoehner
                CHRISTOPHER NIEWOEHNER
                Assistant United States Attorneys
                219 South Dearborn
                Chicago, Illinois  60604
                (312) 353-3500