UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:07−cr−00837
Honorable Elaine E. Bucklo

Christopher G. Kelly

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo: Defendant's motions for early return of trial subpoenas and for extension of time to file pretrial motions are granted. Government has until 6/3/08 to respond to defendants' remaining motions. Status hearing held on 3/26/2008 and continued to 6/18/2008 at 10:00 AM. Two−week Jury Trial set for 11/10/2008 at 09:30 AM. Time from this day through trial date is excluded for pretrial motions and trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.