UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 07 CR 837 |
| | ) | Hon. Elaine Bucklo |
| CHRISTOPHER G. KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: All counsel of Electronic Service List

PLEASE TAKE NOTICE that on July 14, 2008, at 9:30 a.m., we shall appear before the Honorable Elaine Bucklo and present the Defendant's Motion to Continue Trial Date, a copy of which is hereby served upon you.

### CERTIFICATE OF SERVICE

Barry A. Spevack, an attorney, states that he caused copies of this Notice of Motion and accompanying Motion to be served on all the parties through the Court's electronic filing system.

/s/ Barry A. Spevack

MONICO, PAVICH & SPEVACK
20 S. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500