**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                             Case No.: 1:07−cr−00837
                                                    Honorable Elaine E. Bucklo

Christopher G. Kelly
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's unopposed motion to continue [26] trial is granted as to Christopher G. Kelly (1). Status hearing held on 7/14/2008. Jury Trial reset for 1/20/2009 at 09:30 AM., Pretrial Conference reset for 1/15/2009 at 04:00 PM. Parties have until 1/13/09 to file their proposed jury instruction, voir dire, witness list and a joint statement of the case. Time from this day through next trial date is excluded for trial preparaions under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.